UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case Nos.  **CV 22-6618-MWF (SKx)**                                  Dated: **July 18, 2024**
           **CV 24-2306-MWF(SKx)**

Title:     Elie Sakayan -v- Harry Zabilov, et al.
           Elie Sakayan et al -v- Harry Zhabilov, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER**

In light of the voice mail and email correspondence from counsel, the Court sets a hearing on Order To Show Cause Re Dismissal for January 6, 2025 at 11:30 a.m. All other hearings and deadlines are hereby vacated. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

IT IS SO ORDERED.